Neil Bradley and Clifford B. Bradley, a Minor, by Max Bradley, His Next Friend, Plaintiffs-Appellees, v. Norman DuWayne Beisner, Jr., Defendant-Appellant.

Gen. No. 65–88.

Fifth District.

April 28, 1966.

Schu-

■

werk & Schuwerk, of Chester, for appellant; Nehrt & Clotfelter, of Chester, for appellees. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.